IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**CORDARIOUS WILLIS**                                                                              **PLAINTIFF**
**ADC #162742**

v.                                     No: 4:22-cv-00415 BRW-PSH

**CHYNNA THOMAS**                                                                              **DEFENDANT**

## ORDER

Plaintiff Cordarious Willis's motion to voluntarily dismiss this case[1] is granted. Willis's complaint is dismissed without prejudice.

It is so ordered this 14th day of February, 2023.

                                             BILLY ROY WILSON
                                    UNITED STATES DISTRICT JUDGE

---

[1] Doc. No. 18.