# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**CORDARIOUS WILLIS**                                                                   **PLAINTIFF**
**ADC #162742**

v.                          No: 4:22-cv-00415 BRW-PSH

**CHYNNA THOMAS**                                                                 **DEFENDANT**

## **JUDGMENT**

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice.

DATED this 14th day of February, 2023.

                                                               BILLY ROY WILSON      
                                                            UNITED STATES DISTRICT JUDGE